DOUGLAS M. COHEN, ESQ.
Nevada Bar No. 1214
KARL L. NIELSON, ESQ.
Nevada Bar No. 5082
**JONES VARGAS**
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-7705
E-mail: dmc@jonesvargas.com
         kln@jonesvargas.com

Robert Jon Hendricks (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tele: 213-612-2500
Fax: 213-612-2501
E-mail: rhendricks@morganlewis.com

*Attorneys for Defendant
American Eagle Airlines, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA J. FLORES,<br><br>           Plaintiff,<br><br>vs.<br><br>AMERICAN EAGLE. INC.; DOES and ROES 1 – 100; inclusive,<br><br>           Defendants. | Case No. 2:11-cv-00817-PMP-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>(Formerly Case No. A-11-638432-C in the Eighth Judicial District Court, Clark County, Nevada) |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, JOSHUA J. FLORES ("Plaintiff"), by and through his counsel, Nicholas L. Hamilton of Hamilton Law, and the Defendant, AMERICAN EAGLE AIRLINES, INC. ("Defendant") by and through its counsel, Robert John Hendricks, Esq. of Morgan, Lewis & Bockius LLP and Karl L. Nielson, Esq. of Jones Vargas:

1.      That the parties having reached a settlement pursuant to the Early Neutral Evaluation Conference held on September 13, 2011, any and all of Plaintiff's claims against Defendant in the

1 | Conference held on September 13, 2011, any and all of Plaintiff's claims against Defendant in the
2 | above-captioned action be dismissed with prejudice, each party to bear its own costs and attorneys'
3 | fees.

    2.    No trial has been scheduled in this case.

DATED: 10/27/11

HAMILTON LAW

By: *Nicholas Hamilton*
Nicholas L. Hamilton, Esq.
8670 W. Cheyenne, Suite 120
Las Vegas, NV 89129
Tele: 702-247-4529
Fax: 702-737-4529
nhamilton@hamiltonlawlv.com
Attorneys for Plaintiff

DATED: 10/27/11

DEFENSE COUNSEL

By: *[signature]*
Douglas M. Cohen, Esq.
Karl L. Nielson, Esq.
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Tele: (702) 862-3300
Fax: (702) 737-7705
dmc@jonesvargas.com,
kln@jonesvargas.com

and
Robert Jon Hendricks
(*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tele: 213-612-2500
Fax: 213-612-2501
E-mail: rhendricks@morganlewis.com
Attorneys for Defendant
American Eagle Airlines, Inc.

**ORDER**

IT IS SO ORDERED.

*[signature: Philip M. Pro]*

UNITED STATES DISTRICT COURT JUDGE
DATED: October 31, 2011

502807-01/1687420.doc

DB2/ 22746457.1